**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARTIN DANIEL WEEKLEY, | ) | NO. SA CV 17-1337-ODW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| ORANGE COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 20, 2017.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE